BENJAMIN B. WAGNER
United States Attorney
DONNA L. CALVERT
Acting Regional Chief Counsel, Region IX
Social Security Administration
JENNIFER A. KENNEY
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8945
    Facsimile: (415) 744-0134
    E-Mail: Jennifer.A.Kenney@SSA.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

## SACRAMENTO DIVISION

| | |
|---|---|
| RUSSELL V. GILLETT, JR., ) | Case No.: 2:13-CV-02405-CKD |
| ) | |
| Plaintiff, ) | STIPULATION AND ~~PROPOSED~~ ORDER |
| ) | FOR A FIRST EXTENSION OF 31 DAYS |
| vs. ) | FOR DEFENDANT TO RESPOND TO |
| ) | PLAINTIFF'S MOTION FOR SUMMARY |
| CAROLYN W. COLVIN, ) | JUDGMENT AND FILE HER CROSS- |
| Acting Commissioner of Social Security, ) | MOTION FOR SUMMARY JUDGMENT |
| ) | |
| Defendant. ) | |
| ) | |

    IT IS HEREBY STIPULATED, by the parties, through their respective counsel of record, that Defendant shall have a first extension of time of 31 days to respond to Plaintiff's Motion for Summary Judgment and file her Cross-Motion for Summary Judgment. This extension is requested because Defendant's counsel was recently reassigned this case and additional time is needed to adequately research the issues presented. The current due date is May 2, 2014. The new due date will be June 2, 2014.

///

Stip. & Prop. Order to Extend 2:13-CV-02405-CKD     1

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Respectfully submitted,

Dated: April 29, 2014                    /s/ Elizabeth L. Gade
                                         (as authorized by email on Apr. 29, 2014)
                                         ELIZABETH L. GADE
                                         Attorney for Plaintiff


Dated: April 29, 2014                    BENJAMIN B. WAGNER
                                         United States Attorney
                                         DONNA L. CALVERT
                                         Acting Regional Chief Counsel, Region IX,
                                         Social Security Administration

                              By:        /s/ Jennifer A. Kenney
                                         JENNIFER A. KENNEY
                                         Special Assistant U.S. Attorney
                                         Attorneys for Defendant

**ORDER**

APPROVED AND SO ORDERED:

Dated: May 6, 2014

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE